UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD BARBOSA MAYORGA,

    Petitioner,

VS.                                         CASE NO. 6:26-cv-344-JA-DCI

WARDEN, FLORIDA BAKER
CORRECTIONAL INSTITUTE;
GARRETT J. RIPA; and KRISTI
NOEM,

    Respondents.

## ORDER

Before the Court is Petitioner's Emergency Petition for Writ of Habeas Corpus (Doc. 1), which contains a request for a temporary restraining order (TRO). For about a week prior to filing the Petition, Petitioner has been located in Florida Baker Correctional Institute—which the Court is aware is in Sanderson in Baker County. Accordingly, this action is most directly connected to Baker County at the time of filing, and the Court "must transfer the action" to the Jacksonville Division. *See* M.D. Fla. Local Rule 1.04(a)–(b).

The Clerk of Court is **DIRECTED** transfer this action to the Jacksonville Division of the U.S. District Court for the Middle District of Florida and then to **close** the file.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** on February 12, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents