# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

RICHARD BARBOSA MAYORGA,

         Petitioner,

v.                               Case No. 3:26-cv-294-MMH-PDB

WARDEN, FLORIDA BAKER
CORRECTIONAL INSTITUTE, et al.,

         Respondents.

_____

## ORDER

Petitioner Richard Barbosa Mayorga initiated this action, through counsel, by filing a Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Complaint for Emergency Injunctive and Declaratory Relief (Doc. 1; Petition). The Petition is not a model of clarity, and the Court cannot even be sure who Mayorga intends to sue. Compare Petition at 1 (listing Warden, Florida Baker Correctional Institute; Garrett J. Ripa; and Kristi Noem), with id. at 2 (listing Louis A Quinones, Jr., Warden of the Orange County Jail; "Warden of the Baker County Correctional Institute"; and DHS, ICE, and the Krome Docket Control Office Director). While the Court can speculate as to the claims Mayorga intends to raise, he carries the burden of clearly identifying his claims and the relief he seeks.

As such, the Court **STRIKES** the Petition without prejudice to Mayorga refiling his claims by **February 27, 2026**. Any request for injunctive relief must be made in a separate motion and must comply with Federal Rule of Civil Procedure 65 and Local Rules 6.01 and 6.02, United States District Court, Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of February, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

JAX-3 2/12
c:
Counsel of Record