UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD BARBOSA MAYORGA,

      Petitioner,

v.                                                                    Case No. 3:26-cv-294-MMH-PDB

RONNIE WOODALL, et al.,

      Respondents.

_____

**<u>ORDER</u>**

      Petitioner Richard Barbosa Mayorga, an immigration detainee at Baker Correctional Institute, is proceeding, through counsel, on an amended "Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Doc. 6; Amended Petition). Mayorga argues that his detention under 8 U.S.C. § 1225 violates the Fourth, Fifth, and Fourteenth Amendments, and contends that "[l]ocal jail officials lack authority to effectuate civil immigration detention absent lawful federal process." <u>Id.</u> at 3. As relief, he seeks, <u>inter alia</u>, immediate release. <u>See</u> <u>id.</u> at 7.

      Mayorga also filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Doc. 7; Motion). In the Motion, Mayorga asks the Court to enter an order enjoining Respondents from transferring him from Baker Correctional Institute or otherwise changing his

custodial status and directing them to maintain Mayorga within the Middle District of Florida pending adjudication of this case. Id. at 7. Mayorga's counsel includes a "Sworn Declaration" within the Motion. See id. at 6-7.

Upon review, the Court finds the Amended Petition is insufficient, and thus, the Court will deny without prejudice the Motion. The Court will conduct a status conference with Mayorga's counsel to discuss the insufficiencies in the Amended Petition.[1] Accordingly, it is

**ORDERED:**

1.      Mayorga's Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Doc. 7) is **DENIED without prejudice**.

2.      The Court will conduct a status conference with Mayorga's counsel via Zoom to discuss the insufficiencies in the Amended Petition on **February 24, 2026, at 3:00 p.m.** The Courtroom Deputy Clerk will separately send Mayorga's counsel an Outlook invitation with the link, meeting ID, and password.

Participants should dress in appropriate court attire and appear in front of an appropriate professional background. All persons are hereby reminded that pursuant to Local Rule 5.01, United States District Court, Middle District of Florida, "[n]o one may broadcast, televise, record, or photograph a judicial

---

[1] Mayorga's presence is not required.

proceeding, including a proceeding by telephone or video." Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of February, 2026.

MARCIA MORALES HOWARD
United States District Judge

JAX-3 2/20
c:      Counsel of record

3